825 A.2d 1141

IN THE MATTER OF RUPERT ARVEL HALL, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 033181983).

July 2, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–457, concluding that **RUPERT ARVEL HALL, JR.**, of **MOORESTOWN**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RUPERT ARVEL HALL, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.